# Valentine & Kebartas, LLC

15 Union St. • Lawrence, MA 01840-1866
(978) 975-0799 • (800) 731-7766

05/21/18

CAROLYN DYKES
PO Box 970725
Coconut Creek FL 33097-0725

RE: United Student Aid Funds, Inc.
CIN #:
ACCOUNT NO:
**TOTAL DUE:**

Dear CAROLYN DYKES,

We have been asked to contact you to arrange a resolution of your delinquent account with United Student Aid Funds, Inc. According to our client's records, full payment of your account is long overdue. Please remit any payments to the address provided.

### *** IMPORTANT ***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Should you wish to discuss this matter, please call us at the above toll-free number.

To dispute validity of this debt with our client you may contact them at (800) 331-2314
Or https://loansolutions.usafunds.org

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Office Hours: Monday – Thursday: 8am – 8pm • Friday: 8am – 5pm • Saturday: 8am – Noon

*** Please detach the lower portion and return with your payment ***          377-DK018770-401-01/09/18

Y2093D6A71

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED



IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard   VISA   DISCOVER   AMERICAN EXPRESS

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

ACCOUNT NO:
TOTAL DUE:

000812002400745917323309707252S—Y2093D6A71 377

CAROLYN DYKES
PO Box 970725
Coconut Creek FL 33097-0725



Valentine & Kebartas, LLC
15 Union St.
Lawrence MA 01840-1866



Please be advised, if you are unable to pay in full the outstanding balance on your defaulted loan(s), you have the following additional options for resolving your loan default:

1) **Repayment Arrangements with the Collection Contractor**
You may contact us to arrange for acceptable repayment terms. Please ensure that you understand all of the agreed-upon terms, as you will be required to fulfill these commitments. A portion of each payment received from you will be allocated to pay collection costs. Those costs are assessed on your account 60 days after the default claim purchase.

2) **Loan Rehabilitation**
Loan rehabilitation offers you the opportunity to resolve your loan default and may improve your credit record by removing your guarantors' report of your loan default. When you complete your rehabilitation commitment, your defaulted student loan(s) will be eligible for purchase by a lender, and the loan(s) will no longer be considered in default. If your guarantor is currently reporting the applicable loan(s) to the national consumer reporting agencies and you successfully rehabilitate those loan(s), then your guarantor will request the reporting agencies to delete all credit entries related to your loan(s) previous default. Your guarantor will also notify the default claim lender of your rehabilitation and notify the lender to delete its reporting of the default, as applicable. To participate in the loan rehabilitation program, you must advise Valentine & Kebartas, LLC that you wish to rehabilitate your defaulted loan(s) and establish acceptable repayment terms. You will be notified of all the loan rehabilitation requirements, which include making at least nine, on-time, monthly payments during a 10-month period. As part of your eligibility for loan rehabilitation, you will be assessed collection costs at a reduced rate of 16% of the outstanding balance at the time your loan is purchased by an eligible lender, and the purchasing lender may add these costs to your outstanding loan principal. Your guarantor will make every effort to secure a lender for you, but note that purchasing rehabilitated loan(s) is at the discretion of the lender.

3) **William D. Ford (Direct) Loan Consolidation**
You may consolidate all your FFELP loans, including any defaulted loan(s), into a new, single loan. Direct loan consolidation may simplify your loan repayment by requiring only one monthly payment, and may reduce your monthly loan payment amount by extending the repayment term. To be eligible for loan consolidation, you must advise Valentine & Kebartas, LLC that you wish to consolidate your loan(s). To consolidate your defaulted loans, you should establish repayment arrangements and may be required to make three, on-time, consecutive, monthly payments. Once you have made these payments and/or met other Direct Loan Program requirements, you may apply for a consolidation loan. Note that if you consolidate your loans, your guarantor will not remove the report of your loans' default from your credit report if those loan(s) are currently being reported; however, the credit entry will be updated to reflect a paid-in-full status for the original defaulted loan(s). Additionally, you will be assessed collection charges at the rate of 18.5% of the outstanding balance of your defaulted loan(s) at the time your loan(s) are consolidated, and these charges may be added to your outstanding loan principal amount.

Failure to pay the account in full, agree to a satisfactory repayment arrangement, or utilize another recovery option listed above may result in additional collection efforts. These efforts may include:
- Contacting your employer to seize a portion of your paycheck through administrative wage garnishment.
- Intercepting future federal and/or state income tax refunds or other federal payments due you.
    * Assigning your loan(s) to the U.S. Department of Education for collection.
    * Pursuing other lawful collection procedures.

If you wish to dispute the default status of your loan(s), you may submit a request in writing to:
1. Inspect and copy our records pertaining to your loan obligation.
2. Request a review regarding the legal enforce ability or past status of your loan obligation. You may request a review if you can prove your loan was not past-due with your lender, the loan balance is incorrect, or you did not incur this debt. You cannot request a review for any one of the following reasons:
    * You failed to pay your lender.
    * You failed to complete your education and/or were dissatisfied with the school you attended.
    * You were unable to find employment in the field for which the school prepared you.

To request a review, your request must be submitted in writing to: Navient, PO Box 9460, MC E2142, Wilkes-Barre, PA 18773-9460.



12345678-000314-04-1-AA