AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Carolyn Dykes | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | 19-cv-60871-DIMITROULEAS/SNOW |
| Valentine & Kebartis, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Valentine & Kebartis, LLC
15 Union Street
Lawrence, MA 01840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Veronica Robinson
Law Offices of E.F. Robinson, P.A.
7101 W. Commercial Blvd, Suite 4A
Fort Lauderdale, FL 33319

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 3, 2019

s/ *Bonnie Bernard*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court