UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CAROLYN DYKES, Individually and on behalf
of others similarly situated,

    Plaintiff,

Case No. 0:19-CV-60871 WPD

vs.

VALENTINE & KEBARTAS, LLC,

    Defendant
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, VALENTINE & KEBARTAS, LLC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby files this Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint and in support thereof states as follows:

1. Plaintiff filed her Complaint [DE 01] on or about April 2, 2019 in the U.S. District Court, Southern District of Florida.

2. Defendant's, VALENTINE & KEBARTAS, LLC, response to the Complaint is due on or about May 9, 2019.

3. Defense counsel was recently retained to represent Defendant in this matter and therefore, defense counsel requires additional time to confer with her client and adequately prepare and finalize Defendant's response to the Complaint.

4. Pursuant to Local Rule 7.1(3), counsel for the parties have conferred and Plaintiff has no objection to an enlargement of time, up to and including May 30, 2019, for Defendant to respond to Plaintiff's Complaint.

Case No. 0:19-CV-60871 WPD

5. The enlargement of time is not intended for purposes of delay, and no party will be prejudiced as a result of said enlargement, which is evidenced by Plaintiff's agreement to the extension.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to enlarge the time for Defendant to respond to Plaintiff's Complaint. Defendant requests, and Plaintiff does not oppose, an enlargement of time, up to and including May 30, 2019, for Defendant to respond to Plaintiff's Complaint. Accordingly, Defendant requests this Court enter an Order enlarging the time for Defendant, VALENTINE & KEBARTAS, LLC, to respond to Plaintiff's Complaint, up to and including May 30, 2019.

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant

Case No. 0:19-CV-60871 WPD

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Veronica Robinson, Esq.
Law Offices of E.F. Robinson
7101 W. Commercial Boulevard
Suite 4A
Ft. Lauderdale, FL  33319
Email:  vrobinson@erobinsonlaw.com
Attorneys for Plaintiff

Brian Bromberg, Esq.
26 Broadway - 21st Floor
New York, NY  10004
Tel:  212-248-7906
Fax: 212-248-7908
Email:  brian@bromberglawoffice.com
Attorneys for Plaintiff
*(Pro Hac Vice to be filed)*

Thomas Breeden, Esq.
10326 Lomond Drive
Manassas, VA  20109
Email; trb@tbreedenlaw.com
*(Pro Hac Vice to be filed)*
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant

3

303665590v1 A2022