IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| CAROLYN DYKES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : : : : : : : : / | Case No. 0:19-CV-60871- WPD |
| Plaintiffs, | | |
| v. | | |
| VALENTINE & KEBARTAS, LLC, | | |
| Defendant. | | |

**DEFENDANT VALENTINE & KEBARTAS, LLC'S ANSWER TO PLAINTIFF'S
CLASS ACTION COMPLAINT**

Now comes Defendant Valentine & Kebartas, LLC ("V&K"), by and through counsel, and for its Answer to Plaintiff Carolyn Dykes' ("Plaintiff") *Class Action Complaint for Violations of the Fair Debt Collection Practices Act* ("Complaint"), states as follows:

### I. Introduction

1. V&K admits that Plaintiff's Complaint attempts to state a class action claim against it under the Fair Debt Collection Practices Act ("FDCPA") and that, under certain circumstances, it may fall under the definition of "debt collector" as that term is defined in the FDCPA. Further answering, V&K denies the remaining allegations set forth in Paragraph 1 of Plaintiff's Complaint.

### II. Jurisdiction

2. Paragraph 2 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K admits that this Court has jurisdiction over claims arising under federal law. Further answering, V&K is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 2 of Plaintiff's Complaint, and therefore denies the same.

3. Paragraph 3 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of Plaintiff's Complaint, and therefore denies the same.

### III. Parties

4. V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

5. V&K admits that it is a limited liability company organized under the laws of the Commonwealth of Massachusetts and that, under certain circumstances, it may fall under the definition of "debt collector" as that term is defined in the FDCPA. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 5 of Plaintiff's Complaint, and therefore denies the same.

### IV. Factual Allegations

6. Paragraph 6 of Plaintiff's Complaint sets forth a legal conclusion to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of Plaintiff's Complaint, and therefore denies the same.

7. V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of Plaintiff's Complaint, and therefore denies the same.

303793939v1 1020486

8.  Paragraph 8 of Plaintiff's Complaint sets forth a legal conclusion to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of Plaintiff's Complaint, and therefore denies the same.

9.  V&K admits that an account in Plaintiff's name was placed with it for collection. Further answering, V&K denies the remaining allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 10 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 10 of Plaintiff's Complaint, and therefore denies the same.

11. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself and admits that it was the first letter sent by V&K on the account in Plaintiff's name that was placed with it for collection. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 11 of Plaintiff's Complaint, and therefore denies the same.

12. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 12 of Plaintiff's Complaint, and therefore denies the same.

303793939v1 1020486

13. V&K denies the allegations set forth in Paragraph 13 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 13 of Plaintiff's Complaint, and therefore denies the same.

14. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 14 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K denies the remaining allegations set forth in Paragraph 14 of Plaintiff's Complaint.

15. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 15 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K denies the remaining allegations set forth in Paragraph 15 of Plaintiff's Complaint.

16. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 16 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K denies the remaining allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17. V&K denies the allegations set forth in Paragraph 17 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 17 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

18.     V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 18 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K.  Further answering, V&K denies the remaining allegations set forth in Paragraph 18 of Plaintiff's Complaint.

19.     V&K denies the allegations set forth in Paragraph 19 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K.  Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 19 of Plaintiff's Complaint, and therefore denies the same.

20.     V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of Plaintiff's Complaint, and therefore denies the same.

21.     V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of Plaintiff's Complaint, and therefore denies the same.

22.     V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the remaining allegations set forth in Paragraph 22 of Plaintiff's Complaint.  V&K further denies the allegations set forth in Paragraph 22 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

23.     V&K denies the allegations set forth in Paragraph 23 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to

form a belief as to the truth of the remaining allegations set forth in Paragraph 23 of Plaintiff's Complaint, and therefore denies the same.

24. V&K admits that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself. Further answering, V&K denies the remaining allegations set forth in Paragraph 24 of Plaintiff's Complaint.

25. V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of Plaintiff's Complaint, and therefore denies the same.

26. V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of Plaintiff's Complaint, and therefore denies the same.

27. Paragraph 27 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K denies the allegations set forth in Paragraph 27 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 27 of Plaintiff's Complaint, and therefore denies the same.

28. V&K states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself, but denies the allegations set forth in Paragraph 28 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 28 of Plaintiff's Complaint, and therefore denies the same.

29. V&K denies the allegations set forth in Paragraph 29 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 29 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

30. V&K denies the allegations set forth in Paragraph 30 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 30 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

31. V&K denies the allegations set forth in Paragraph 31 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 31 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

32. V&K denies the allegations set forth in Paragraph 32 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 32 of Plaintiff's Complaint, and therefore denies the same.

### V. Class Allegations

33. All allegations incorporated by reference in Paragraph 33 of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent as said allegations are otherwise admitted and denied herein.

34. Paragraph 34 of Plaintiff's Complaint sets forth allegations to which no response is required. To the extent a response is required, V&K denies the allegations set forth in Paragraph 34 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 34 of Plaintiff's Complaint, and therefore denies the same.

35. V&K denies the allegations set forth in Paragraph 35 of Plaintiff's Complaint.

36. V&K denies the allegations set forth in Paragraph 36 of Plaintiff's Complaint.

37. V&K denies the allegations set forth in Paragraph 37 of Plaintiff's Complaint.

38. V&K denies the allegations set forth in Paragraph 38 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 38 of Plaintiff's Complaint, and therefore denies the same.

39. V&K denies the allegations set forth in Paragraph 39 of Plaintiff's Complaint.

40. V&K denies the allegations set forth in Paragraph 40 of Plaintiff's Complaint.

41. V&K denies the allegations set forth in Paragraph 41 of Plaintiff's Complaint.

### VI. Claims for Relief
### First Cause of Action
### Claims for Violations of 15 U.S.C. § 1692, *et seq.*

42. All allegations incorporated by reference in Paragraph 42 of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent as said allegations are otherwise admitted and denied herein.

43. V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of Plaintiff's Complaint, and therefore denies the same.

44. Paragraph 44 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K is without knowledge or

Case 0:19-cv-60871-AHS Document 8 Entered on FLSD Docket 05/30/2019 Page 9 of 13

Case No. 0:19-CV-60871 WPD

information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of Plaintiff's Complaint, and therefore denies the same.

45. Paragraph 45 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 of Plaintiff's Complaint, and therefore denies the same.

46. Paragraph 46 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 of Plaintiff's Complaint, and therefore denies the same.

47. Paragraph 47 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, V&K is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 47 of Plaintiff's Complaint, and therefore denies the same.

48. V&K denies the allegations set forth in Paragraph 48 of Plaintiff's Complaint.

49. V&K denies the allegations set forth in Paragraph 49 of Plaintiff's Complaint.

50. V&K denies the allegations set forth in Paragraph 50 of Plaintiff's Complaint and all subparts thereof. V&K further denies the allegations set forth in Paragraph 50 of Plaintiff's Complaint and all subparts thereof to the extent they allege or imply that there are any viable claims or class claims against V&K.

51. V&K denies the allegations set forth in Paragraph 51 of Plaintiff's Complaint and all subparts thereof.

9

303793939v1 1020486

52. V&K denies the allegations set forth in Paragraph 52 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 52 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

53. V&K denies the allegations set forth in Paragraph 53 of Plaintiff's Complaint. V&K further denies the allegations set forth in Paragraph 53 of Plaintiff's Complaint to the extent they allege or imply that there are any viable claims or class claims against V&K.

## Demand for Jury Trial

54. V&K denies the allegations set forth in Paragraph 54 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by V&K or that there are any viable claims or class claims against V&K. Further answering, V&K is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 54 of Plaintiff's Complaint, and therefore denies the same.

55. V&K further denies all other allegations set forth in Plaintiff's Complaint that are not otherwise specifically admitted or denied herein.

## **AFFIRMATIVE DEFENSES**

1. V&K affirmatively alleges, in the alternative, that Plaintiff may have failed to state a claim upon which relief can be granted.

2. V&K affirmatively alleges, in the alternative, that Plaintiff may lack standing.

3. V&K affirmatively alleges, in the alternative, that Plaintiff's claim may be subject to arbitration.

4. V&K affirmatively alleges, in the alternative, that the claim alleged in Plaintiff's Complaint may be barred by the doctrines of waiver, estoppel, laches, and/or unclean hands.

5. V&K affirmatively alleges, in the alternative, that any violation of law by V&K, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

6. V&K affirmatively alleges, in the alternative, that V&K did not make any false or misleading representations to Plaintiff or anyone else.

7. V&K affirmatively alleges, in the alternative, that Plaintiff did not rely on any alleged false or misleading representations.

8. V&K affirmatively alleges, in the alternative, that any alleged false or misleading representations, which are specifically denied, were not material.

9. V&K affirmatively alleges, in the alternative, that if it performed any wrongful acts, which is specifically denied, such acts were not performed knowingly, purposely, with malicious purpose, in bad faith, intentionally, recklessly, willfully, or wantonly.

10. V&K affirmatively alleges, in the alternative, that Plaintiff has suffered no compensable damages as a result of any actions taken by V&K.

11. V&K affirmatively alleges, in the alternative, that Plaintiff may have failed to mitigate her damages, if any.

12. V&K affirmatively alleges, in the alternative, that if Plaintiff was injured or damaged, such injury or damage was caused by the actions of Plaintiff or third-parties over whom V&K has no control, right to control, responsibility, or reason to anticipate.

13. V&K respectfully reserves the right to assert any additional affirmative defenses that may be revealed during the course of these proceedings.

303793939v1 1020486

WHEREFORE, V&K respectfully requests that this Honorable Court dismiss Plaintiff's Complaint at Plaintiff's cost, and that V&K be awarded its reasonable attorneys' fees and costs as provided for under applicable law.

        HINSHAW & CULBERTSON LLP

        *s/ Barbara Fernandez*
        Barbara Fernandez
        Florida Bar No. 0493767
        bfernandez@hinshawlaw.com
        dconnolly@hinshawlaw.com
        Peter A. Hernandez
        Florida Bar.: 64309
        pahernandez@hinshawlaw.com
        mislacalleiro@hinshawlaw.com
        2525 Ponce de Leon Blvd.
        4th Floor
        Coral Gables, FL 33134
        Telephone: 305-358-7747
        Facsimile: 305-577-1063
        ATTORNEYS FOR DEFENDANTS
        VALENTINE & KEBARTAS, LLC, and
        LVNV FUNDING, LLC

Case No. 0:19-CV-60871 WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Veronica Robinson, Esq.
Law Offices of E.F. Robinson
7101 W. Commercial Boulevard
Suite 4A
Ft. Lauderdale, FL   33319
Email:  vrobinson@erobinsonlaw.com
Attorneys for Plaintiff

 Brian   Bromberg
26 Broadway - 21st Floor
New York, NY   10004
Tel:  212-248-7906
Fax: 212-248-7908
Email:  brian@bromberglawoffice.com
Attorneys for Plaintiff
*(Pro Hac Vice to be filed)*

Thomas Breeden, Esq.
10326 Lomond Drive
Manassas, VA  20109
Email; trb@tbreedenlaw.com
*(Pro Hac Vice to be filed)*
Attorneys for Plaintiff

HINSHAW & CULBERTSON LLP

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
dconnolly@hinshawlaw.com
Peter A. Hernandez
Florida Bar.: 64309
pahernandez@hinshawlaw.com
mislacalleiro@hinshawlaw.com
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
ATTORNEYS FOR DEFENDANTS
VALENTINE & KEBARTAS, LLC, and
LVNV FUNDING, LLC

303793939v1 1020486