UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAROLYN DYKES, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiff,

vs.

VALENTINE & KERBARTAS, LLC,

      Defendant.                                    /

Case No. 19-60871-CIV-DIMITROULEAS

## [PROPOSED] SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1(B)

THIS CAUSE having come to the attention of the Court by the parties in the above-styled action based upon the mandates of Local Rule 16.1(B), this Court enters the following scheduling order, and it hereby **ORDERED AND ADJUDGED** as follows:

(a) This cause shall be assigned to the Standard Case Management Track pursuant to Local Rule 16.1(a)(2)(B) for discovery and the Standard Track for Trial;

(b) The discovery schedule as agreed upon by the parties shall be completed by February 28, 2020.

(c) All readily accessible electronically stored information will be produced in .pdf format pursuant to any Request to Produce. To the extent electronically stored information is not readily accessible, the parties shall follow the guidelines provided in Fed. R. Civ. P. 26(b)(2)(B).

(d) Privilege or protection of trial-preparation materials shall be governed by the standard procedures contained in Fed. R. Civ. P. 26(b).

(e) The parties shall have until October 31, 2019 to seek amendments to their pleadings and/or add additional parties.

(f) All pretrial motions shall be filed by no later than _____.

(g) All pretrial motions filed in accordance with paragraph (f) above shall be resolved by the Court no later than by _____;

(h)  All deadlines not specifically referenced herein but agreed to by the parties as referenced in their Joint Scheduling Report and/or mandated by local and/or federal rules of civil procedure are hereby adopted and incorporated in this order herein.

(i) The pretrial conference shall be held at _____ on _____;

(j) The trial of this cause shall be held before this Court on _____, and shall proceed for a period of up to five (5) days.

(k) Upon good cause, any party may move the Court upon notice to modify or change this scheduling order.

DONE AND ORDERED in chambers in Ft. Lauderdale, Florida on this ___ day of July, 2019.

                                                                                                                    _____
                                                                                                                     The Honorable William P. Dimitrouleas
                                                                                                                     U.S. District Court Judge

*Copies furnished to*:
Counsel of record