UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CAROLYN DYKES
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

v.                                            Civil Action No. 0:19-CV-60871-WPD

VALENTINE & KEBARTAS, LLC,

      Defendant.
_____

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, CAROLYN DYKES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff"), and Defendant, VALENTINE & KEBARTAS, LLC ("Defendant"), by and through undersigned counsel, hereby respond to this Court's Order to Show Cause [DE 16] and state as follows:

1. Counsel had agreed to a mediator on July 25th, but there was a miscommunication as to which party was preparing and submitting this notice.

2. The parties apologize for not submitting their choice of mediator on or before Thursday, July 25, 2019.

3. A Notice of Mediator Selection [DE 17] was filed on July 29, 2019.

WHEREFORE, the parties respectfully request this Court enter an Order discharging the Court's Order to Show Cause [DE 16].

304129930v1 A2022

1

| | |
|---|---|
| Dated:  August 2, 2019 | Dated:  August 2, 2019 |
| PLAINTIFF,<br>**CAROLYN DYKES** | DEFENDANT,<br>**VALENTINE & KEBARTAS, LLC** |
| By: /s/ Brian L. Bromberg<br>Brian L. Bromberg | By: /s/Barbara Fernandez<br>Barbara Fernandez<br>Peter A. Hernandez |
| Bromberg Law Office, P.C.<br>26 Broadway, 21st Floor<br>New York, NY 10004<br>Tel: (212) 248-7906<br>Fax: (212) 248-7908<br>Email: brian@bromberglawoffice.com<br>(Admitted *Pro Hac Vice*) | Hinshaw & Culbertson LLP<br>2525 Ponce de Leon Blvd<br>Coral Gables FL 33134<br>Tel (Fernandez): (305) 428-5031<br>Tel (Hernandez): (305) 428-5071 |

Veronica L. Robinson
Law Offices of E.F. Robinson
Fla. Bar. No. 0074292
7101 W. Commercial Blvd., Suite 4A
Fort Lauderdale, Florida 33319
Tel: (954)840-5301
Fax: (954)337-9215
Email: vrobinson@erobinsonlaw.com

Thomas R. Breeden
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, VA 20109
Tel: (703) 361-9277
Fax: (703) 257-2259
Email: trb@tbreedenlaw.com
(Admitted *Pro Hac Vice*)

304129930v1 A2022